IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

ENTERED
DEC - 7 2005
TERESA L. DEPPNER, CLERK
U.S. District ~~Bankruptcy~~ Courts
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:05-00193

QUINTON THOMAS JOHNSON

ORDER

Pending is the Motion of the United States of America, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, for authorization to disclose specified grand jury testimony in the above-styled case. Upon consideration of the Motion, the Court finds that the disclosure of the specified grand jury materials specified in the motion to counsel for the defendant and the United States Probation Department in the above-styled case is necessary as an aid in preparation for sentencing and directs the United States Attorney to disclose the same to counsel for the defendant and the United States Probation Department.

The Grand Jury information referenced herein is provided subject to the provisions of Rule 6(e), Federal Rules of Criminal Procedure, and shall be used only in the preparation of the defense. Grand Jury material shall not be copied or published to any person whose knowledge of the same is not necessary to the preparation of the defense. Upon request, all copies of Grand Jury

material will be returned to the Government or destroyed at the close of the case.

It is ORDERED that the motion in this matter be SEALED.

The Clerk is directed to send a copy of this Order to the United States Probation Department and counsel of record for all parties.

Entered this __7th__ day of ~~November~~ December, 2005.

JOHN T. COPENHAVER, JR.
United States District Judge