```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:05-00193

**QUINTON THOMAS JOHNSON**

<u>SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER</u>
<u>MEMORANDUM OPINION AND ORDER</u>

On March 20, 2014, the United States of America appeared by C. Haley Bunn, Assistant United States Attorney, and the defendant, Quinton Thomas Johnson, appeared in person and by his counsel, L. Thompson Price, for a hearing on the petition on supervised release submitted by Senior United States Probation Officer Patrick M. Fidler.  The defendant commenced a one-year term of supervised release in this action on July 31, 2013, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on August 5, 2013.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant used and possessed marijuana as evidenced by a positive urine specimen submitted by him on September 26, 2013; and (2) the defendant failed to abide by the special condition that he spend six months in a community confinement center inasmuch as on September 26, 2013, he entered Dismas Charities and was terminated from the program on January 13, 2014, for multiple rule violations as more fully set forth in Violation No. 2; all as admitted by the defendant on the record of the hearing and as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

      **And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant is in need of correctional treatment which can most effectively be provided if he is confined, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of FOUR (4) MONTHS.**

      The defendant was remanded to the custody of the United States Marshal.

      The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

      DATED:  April 1, 2014

      _____
      John T. Copenhaver, Jr.
      United States District Judge